# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

151138(62)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JEFFREY BERNARD PYNE,
        Defendant-Appellant.

_____/

SC:  151138
COA:  314684
Oakland CC:  2011-238692-FC

On order of the Court, the motion for reconsideration of this Court's July 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



p1214

Clerk